United States District Court
for the District of Wyoming

JERAMIE JOHN LARGE,            )
                               )
        Plaintiff,             )
                               )
        vs.                    )   Case No. 10-CV-21-B
                               )
                               )
JOSEPH D. TORCZON, Park        )
County Detention Center        )
Deputy, *in his official and*  )
*individual capacities*,       )
                               )
        Defendant.             )

## JUDGMENT

This matter came before the Court upon Plaintiff's civil rights complaint. The Court reviewed the file and entered an order dismissing the action for failure to exhaust.

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's claims against Defendant are DISMISSED without prejudice.

Dated this 4th day of March, 2010.

UNITED STATES DISTRICT JUDGE